```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

LOUIS BARTLEBAUGH,                :
         Petitioner,              :
    v.                            : Case No. 3:08-cv-74-KRG-KAP
RAYMOND SOBINA, WARDEN,           :
S.C.I. ALBION,                    :
         Respondent               :

### MEMORANDUM ORDER

Petitioner's motion to vacate the judgment, filed under Fed.R.Civ.P. 60(b), was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on November 3, 2011, docket no. 14, recommending that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After review of the record of this matter together with the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this 29th day of November, 2011, it is

ORDERED that the petitioner's motion to vacate is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

> Louis Bartlebaugh FK-3970
> S.C.I. Albion
> 10745 Route 18
> Albion, PA 16475